# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

KEVIN NIGEL FURR, ) NO. CV 09-1808 ODW (FMO)
)
      Petitioner, )
)
      v. ) **JUDGMENT**
)
LARRY SMALL, Warden, )
)
      Respondent. )

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: October 21, 2009.

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE